LILLIAN WILLIAMS, Respondent, v. HOWARD KEMP et al., Appellants, et al., Defendants.—

892

All concur.